UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

     - v. -                       :

HAJI JUMA KHAN,                    :
    a/k/a "Abdullah,"              :    S1 08 Cr. 621
    a/k/a "Haji Juma Khan
       Mohammadhasni,"             :

          Defendant.           :

- - - - - - - - - - - - - - - - - x

       Upon application of the United States of America, by and through Assistant United States Attorney Eugene Ingoglia, it is hereby ORDERED that Indictment S1 08 Cr. 621, which was filed under seal on October 21, 2008, be and hereby is unsealed.

SO ORDERED.

Dated:    New York, New York
         October 24, 2008

                                                UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 24 2008