UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA       :

        -v-                   :

    Haji Juma Khan             :

        Defendant.             :

                              :

------------------------------------X

**ORDER**

**08 CR 621 (NRB)**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/08

**WHEREAS,** the above-named defendant, Haji Juma Khan, is currently incarcerated at the Metropolitan Correctional Center in New York with the Register Number 61526-054, and

**WHEREAS**, an application has been made by Sabrina P. Shroff, Assistant Federal Defenders with the Federal Defenders of New York, which office has been appointed to represent Mr. Khan, for an order directing the Metropolitan Correctional Center to provide Mr. Khan with "commonfare," or halal, meals, it is hereby

**ORDERED** that the Bureau of Prisons (Metropolitan Correctional Center, New York) provide Haji Juma Khan, Register Number 61526-054, with "commonfare," or halal, meals.

Dated: New York, New York
      October 27, 2008

SO ORDERED:

*[signature]*

HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE