UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA            :

          v.                                       :

HAJI JUMA KHAN                              :
a/k/a "Abdullah,"
a/k/a "Haji Juma Khan Mohammadhasni"  :

                Defendant       :
------------------------------------------------------------ X

S1 08 Cr. 621 (NRB)

FILED EX PARTE, IN CAMERA
AND UNDER SEAL THROUGH THE
COURT SECURITY OFFICER

## GOVERNMENT'S MOTION TO PROTECT CLASSIFIED INFORMATION PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT

LEV L. DASSIN
Acting United States Attorney
Southern District of New York
Attorney for the United States

Eugene E. Ingoglia
Michael M. Rosensaft
Assistant United States Attorneys
Of Counsel