# RENFROE & QUINN

**ATTORNEYS AT LAW**
**118-35 QUEENS BOULEVARD**
**14TH FLOOR**
**FOREST HILLS, N.Y. 11375**
*********************

| | |
|---|---|
| **CHRISTOPHER RENFROE** | **TEL: (718) 575-8552** |
| **JOHN E. QUINN** | **TEL: (718) 575-8553** |
| | **TEL: (718) 263-2984** |
| | **FAX: (718) 263-9465** |

November 3, 2010

Hon. Judge Naomi Reice Buchwald
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     USA v. Haji Juma Khan
        Case No.: 08-00621

Dear

Please accept this letter as a request to adjourn the status conference presently scheduled for Friday, November 5, 2010. We have spoken to AUSA Eugene Ingoglia and he consents to the same.

Therefore, we ask that your Honor grant this request.

Sincerely,

Christopher Renfroe

CR:crr